CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUN 3 0 2009

BY: JOHN F. CORCORAN, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROOSEVELT SANDERS, | ) |
| Petitioner, | ) Case No. 7:09CV00026 |
| v. | ) FINAL ORDER |
| FEDERAL BUREAU OF PRISONS, | ) By: Glen E. Conrad |
| Respondent. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

as follows:

1. Petitioner's motion to expedite is **GRANTED**;

2. Respondent's motion to dismiss is **GRANTED**;

3. The petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED**;

4. Petitioner's motion for copies (Dkt. No. 13) is **DISMISSED** as moot; and

5. This action is stricken from the active docket of the court.

ENTER: This 30th day of June, 2009.

/s/ Glen Conrad
United States District Judge